# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SALLEE, | |
|         Plaintiff, | Case No. 2:16-cv-02642-JCM-GWF |
| vs. | **ORDER** |
| SOUTHWEST AIRLINES, CO., *et al.*, | |
|         Defendants. | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 3) dated November 16, 2016, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 3) no later than **December 15, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge